IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DENNIS W. LAMBSON and
LISA LAMBSON,

        Plaintiffs,

v.

LENNAR CORPORATION, LENNAR
FINANCIAL SERVICES, INC. and
STRATEGIC TECHNOLOGIES, INC.,

        Defendants.
_____/

8:00-CV-19-T-23E

CASE NO. 99 C9491
Division **DIVISION I**

**F I L E D**
JAN 5 2000
Date _____ Time _____

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## COMPLAINT
## COUNT I

    Plaintiff, DENNIS W. LAMBSON, sues the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., and alleges:

    1.    That this is an action for damages that exceeds $15,000.00, exclusive of costs, interest and attorney's fees.

    2.    That on or about September 8, 1998, the Plaintiff, DENNIS W. LAMBSON, was hired by STRATEGIC TECHNOLOGIES, as the Division Manager for Tampa, as evidenced by Exhibit "A" attached hereto and incorporated by reference herein.

    3.    That all times material to this Complaint, Defendants, LENNAR CORPORATION, STRATEGIC TECHNOLOGIES, INC. and/or LENNAR FINANCIAL SERVICES, INC., did business as STRATEGIC TECHNOLOGIES.

4.  That during the course of the Plaintiff's employment, he was compensated by Defendants, LENNAR CORPORATION and LENNAR FINANCIAL SERVICES, INC., as evidenced by Composite Exhibit "B" attached hereto and incorporated by reference herein.

5.  That from on or about September 8, 1998, through on or about August, 1999, the Plaintiff provided all services required of him.

6.  That Plaintiff's salary was based upon working five (5) days per week, eight (8) hours per day.

7.  That notwithstanding the foregoing, the Plaintiff regularly and continually worked 7 days per week, without being paid additional compensation.

8.  That the Defendants, or either of them, knew that the Plaintiff was working in excess of 40 hours per week but failed to pay Plaintiff for said additional services.

9.  That the Defendants, or either of them, should not be unjustly enriched and should be obligated to pay the reasonable value of Plaintiff's additional services.

10. That the Plaintiff estimates the reasonable value for said additional services to be at least $15,001.00.

11. That the Plaintiff has retained the services of the undersigned attorney and has agreed to pay said attorney a reasonable fee for services rendered.

WHEREFORE, the Plaintiff, DENNIS W. LAMBSON, demands judgment for damages against the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., together with costs, interest and attorneys fees pursuant to F.S. 448.08

## COUNT II

Plaintiff, DENNIS W. LAMBSON, sues the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., and alleges:

12. That this is an action for damages that does not exceed $15,000.00, exclusive of costs, interest and attorney's fees.

13. That on or about September 8, 1998, the Plaintiff, DENNIS W. LAMBSON, was hired by STRATEGIC TECHNOLOGIES, as the Division Manager for Tampa, as evidenced by Exhibit "A" attached hereto and incorporated by reference herein.

14. That all times material to this Complaint, the Defendants, LENNAR CORPORATION, STRATEGIC TECHNOLOGIES, INC. and/or LENNAR FINANCIAL SERVICES, INC., did business as STRATEGIC TECHNOLOGIES.

15. That during the course of the Plaintiff's employment, he was compensated by Defendants, LENNAR CORPORATION and LENNAR FINANCIAL SERVICES, INC., as evidenced by Composite Exhibit "B" attached hereto and incorporated by reference herein.

16. That during September, 1998 the car allowance set forth in Exhibit "A" was changed from $300.00 per month to $0.31 per mile.

17. That from on or about September 8, 1998, through on or about August, 1999, the Plaintiff provided all services required of him.

18. That from on or about September 8, 1998, through on or about August, 1999, the Plaintiff provided documentation with regard to mileage incurred to which he was entitled to reimbursement.

19. That the amount due for unpaid car allowance is $6,108.02.

20. That in addition to the foregoing, the Defendants, or either of them, stored company equipment in Plaintiff's barn, and agreed to pay the same rent which was currently being paid to a local storage warehouse, the amount of $100.00 per month.

21. That Defendants, or either of them, utilized Plaintiff's barn for storage for ten (10) months and as of the date hereof, has failed to pay the amount due of $1,000.00.

22. That Plaintiff has retained the services of the undersigned attorney and has agreed to pay said attorney a reasonable fee for services rendered.

WHEREFORE, the Plaintiff, DENNIS W. LAMBSON, demands judgment for damages against the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., together with costs, interest and attorney's fees pursuant to F.S. 448.08.

## COUNT III

Plaintiff, DENNIS W. LAMBSON, sues the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., and alleges:

23. That this is an action for damages that does not exceed $15,000.00, exclusive of costs, interest and attorney's fees.

24. That on or about September 8, 1998, the Plaintiff, DENNIS W. LAMBSON, was hired by STRATEGIC TECHNOLOGIES, as the Division Manager for Tampa, as evidenced by Exhibit "A" attached hereto and incorporated by reference herein.

25. That all times material to this Complaint, Defendants, LENNAR CORPORATION, STRATEGIC TECHNOLOGIES, INC. and/or LENNAR FINANCIAL SERVICES, INC., did business as STRATEGIC TECHNOLOGIES.

26. That during the course of the Plaintiff's employment, he was compensated by Defendants, LENNAR CORPORATION and LENNAR FINANCIAL SERVICES, INC., as evidenced by Composite Exhibit "B" attached hereto and incorporated by reference herein.

27. That from on or about September 8, 1998, through on or about August, 1999, the Plaintiff provided all services required of him.

28. That during the course of Plaintiff's employment, he was required to work out of his house, and in connection therewith, designate an office therein.

29. That Defendants, or either of them, knew that the Plaintiff was working out of his house, but failed to compensate the Plaintiff the reasonable rental value of said premises, including utilities.

30. That the Defendants, or either of them, should not be unjustly enriched and should be obligated to pay the Plaintiff the reasonable rental value for using Plaintiff's residence as its Tampa office.

31. That the Plaintiff estimates that the reasonable rental value of its home to be $200.00 per month, exclusive of utilities.

WHEREFORE, Plaintiff demands judgment for damages against the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., together with costs and interest.

## COUNT IV

Plaintiff, LISA LAMBSON, sues the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., and alleges:

32. That this is an action for damages that does not exceed $15,000.00, exclusive of costs, interest and attorney's fees.

33. That at all times material to this Complaint, the Plaintiff, LISA LAMBSON, was the wife of the Co-Plaintiff, DENNIS W. LAMBSON.

34. That at all times material to this Complaint, the Defendants, LENNAR CORPORATION, STRATEGIC TECHNOLOGIES, INC. and/or LENNAR FINANCIAL SERVICES, INC., did business as STRATEGIC TECHNOLOGIES.

35. That the Plaintiff, LISA LAMBSON, acted as the company secretary from on or about September 14, 1998 through on or about April 30, 1999, working an average of 25 hours per week.

36. That the Plaintiff, LISA LAMBSON, provided said services without compensation.

37. That the Defendants, or either of them, knew that the Plaintiff, LISA LAMBSON, was acting as the company secretary and providing services without compensation.

38. That the Defendants, or either of them, permitted the Plaintiff, LISA LAMBSON, to work without compensation.

39. That the Defendants, or either of them, knew that the Fair Labor Standards Act required payment to the Plaintiff of at least the minimum wage.

40. That the Defendants, or either of them, knowingly and intentionally violated the Fair Labor Standards Act by failing to pay the Plaintiff, LISA LAMBSON, the minimum wage.

41. That the Plaintiff, LISA LAMBSON, has retained the services of the undersigned attorney and has agreed to pay said attorney a reasonable fee for services rendered.

WHEREFORE, Plaintiff, LISA LAMBSON, demands judgment for damages against the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and

STRATEGIC TECHNOLOGIES, INC., together with costs, interest, liquidated damages and attorneys fees pursuant to the Fair Labor Standards Act.

## COUNT V

Plaintiff, LISA LAMBSON, sues the Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., and alleges:

42. That this is an action for damages that does not exceed $15,000.00, exclusive of costs, interest and attorney's fees.

43. That at all times material to this Complaint, the Defendants, LENNAR CORPORATION, STRATEGIC TECHNOLOGIES, INC. and/or LENNAR FINANCIAL SERVICES, INC., did business as STRATEGIC TECHNOLOGIES, INC.

44. That at all times material to this Complaint, the Plaintiff, LISA LAMBSON, was the wife of the Co-Plaintiff, DENNIS W. LAMBSON.

45. That the Plaintiff, LISA LAMBSON, regularly acted as the company secretary from on or about September 14, 1998 through on or about April 30, 1999, working an average of 25 hours per week.

46. That the Plaintiff, LISA LAMBSON, acted as company secretary providing services without compensation.

47. That the Defendants, or either of them, knew that the Plaintiff, LISA LAMBSON, was acting as the company secretary.

48. That the Defendants, or either of them, knowingly and willingly accepted said services which benefitted the Defendants, or either of them.

49. That the reasonable value of the services provided by the Plaintiff, LISA LAMBSON, is $10.00 per hour, for a total value of $8,250.00.

50.   That heretofore, demands were made on the Defendants to pay the aforesaid sum, which the Defendants have failed or have otherwise refused to pay.

51.   That the Plaintiff, LISA LAMBSON, has retained the services of the undersigned attorney and has agreed to pay said attorney a reasonable fee for services rendered.

WHEREFORE, Plaintiff, LISA LAMBSON, demands judgment against Defendants, LENNAR CORPORATION, LENNAR FINANCIAL SERVICES, INC. and STRATEGIC TECHNOLOGIES, INC., together with costs, interest and attorney's fees pursuant to F.S. 448.08.

EDDY R. RESNICK, ESQUIRE
Gold & Resnick, Esquire
704 West Bay Street
Tampa, FL 33606
(813) 254-2071
(813) 251-0616 Fax
Florida Bar No. 215538
Attorney for Plaintiffs

#4693



# STRATEGIC
## TECHNOLOGIES

September 8, 1993

Dennis Wayne Lambson
13203 Blissfield Road
Odessa, Florida 33556
(813) 920-8339

Re: Employment agreement.

Dear Dennis,

      The following is the proposal to join our management team. We are offering you the position of the Tampa Division Manager for STI. We believe that STI offers an exciting opportunity to be a part of one of the fastest growing security companies in the country. We believe with our commitment to growth and your experience in the alarm and marketing industries we can continue striving toward our goals.

1. Base salary of $24,000 per year.
2. $50.00 per prewire performed by you.
3. $50.00 per trim performed by you.
4. $25.00 per code and demo where monitoring agreement is signed.
5. 10% commission on all upgrades to homeowners.
6. Car allowance of $300.00 per month.
7. Nextel radio. We will reimburse any cellular telephone service used for business use.
8. All the benefits given to Lennar associates, including health insurance, 401k plan, among other things.
9. Commission for new builders outside of Lennar Homes to be discussed.

Your job responsibilities will include the following:
1. Manage installations including EEI and Jim Strickland.
2. Provide alarm repairs and service to our homeowners.
3. Sell upgrades and bring in new business.
4. Manage relationship with Lennar supervisors and the purchasing agent.
5. Have Lennar customers sign alarm monitoring agreements.
6. Sell and install upgrades to homeowners.
7. Prewire and trim homes based on schedule.

I look forward to you joining our team. Please call me at your earliest convenience if you have any questions about this letter.

Sincerely,

Rick Bowen
Vice President/General Manager
Alarm Division

EXHIBIT "A"

790 Northwest 107th Avenue   Suite 310 • Miami, Florida 33172

Cable Division (305) 229-6595 · Security Division (305) 229-6587 • Telephone Division (305) 229-6592 - Fax: (305) 229-6583

# DIRECT DEPOSIT NOTICE

| EMPLOYEE ID | | NOTICE NO. | NOTICE DATE | SOCIAL SECURITY # | |
|---|---|---|---|---|---|
| 2265 | | 52158 | 04/30/99 | 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 | |
| NAME | LAMBSON, DENNIS W | PROCESS LEVEL | 015 | | |

| | GROSS PAY | FED TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1,843.70 | 1,694.66 | 342.44 | 1,501.26 |
| YTD | 17,186.59 | 15,729.85 | 3,234.99 | 13,948.28 |

| PAY TYPE | HOURS | GROSS AMT | YTD AMT | DED TYPE | CUR AMT | YTD AMT | DED TYPE | CUR AMT | YTD AMT |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 80.00 | 923.08 | 7,107.71 | FD W/H | 121.80 | 1,028.01 | | | |
| SUPP.PA | | 920.62 | 8,506.22 | SocSec | 105.07 | 975.25 | | | |
| CAR ALL | | | 1,107.76 | Mdcare | 24.57 | 228.08 | | | |
| HOLIDAY | | | 276.93 | FlexSS | 69.27 | 554.16 | | | |
| INS-REF | | | 115.38 | Vision | 6.81 | 61.29 | | | |
| FLEX SS | | | 69.27 | Life | 7.65 | 68.85 | | | |
| LTDC | | | 3.32 | LTD | 3.58 | 32.22 | | | |
| | | | | MedIns | 123.35 | 1,110.15 | | | |
| | | | | Dental | 18.88 | 169.92 | | | |
| | | | | HMO | | 115.38 | | | |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND NOT A WHITE BACKGROUND



DENNIS W LAMBSON
13203 BLISSFIELD RD
ODESSA     FL 33556

VOID

| DEPOSIT ACCOUNT | AMOUNT |
|---|---|
| Acct 1032025345 | 1,501.26 |
| Total Deposit: | *******$1,501.26 |

THIS IS NOT A CHECK. "NON-NEGOTIABLE"
THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW

52158        E-MAILHOME
DENNIS W LAMBSON
13203 BLISSFIELD RD
ODESSA     FL 33556

EXHIBIT "B"

12/17/99 16:10 FAX 305 229 6405   LENNAR TAX DEPT   ☒013

Case 8:00-cv-00019-JSM Document 2 Filed 01/05/00 Page 11 of 12 PageID 17

# DIRECT DEPOSIT NOTICE

| EMPLOYEE ID | NOTICE NO. | NOTICE DATE | SOCIAL SECURITY # | |
|---|---|---|---|---|
| 2265 | 55596 | 07/23/99 | 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 | |
| NAME LAMBSON, DENNIS W | | PROCESS LEVEL | 015 | |

| | GROSS PAY | FED TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 2,433.08 | 1,919.08 | 786.15 | 1,646.93 |
| YTD | 30,720.43 | 27,633.88 | 6,490.64 | 24,236.47 |

| PAY TYPE | HOURS | GROSS AMT | YTD AMT | DED TYPE | CUR AMT | YTD AMT | DED TYPE | CUR AMT | YTD AMT |
|---|---|---|---|---|---|---|---|---|---|
| SUPP.PA | | 1,510.00 | 16,363.11 | FD W/H | 155.46 | 2,035.15 | | | |
| REGULAR | 72.00 | 830.77 | 12,461.57 | SocSec | 141.61 | 1,758.91 | | | |
| HOLIDAY | 8.00 | 92.31 | 461.55 | Mdcare | 33.12 | 411.36 | | | |
| CAR ALL | | | 1,246.23 | FlexSS | 69.27 | 969.78 | | | |
| INS-REF | | | 115.38 | Vision | 6.81 | 102.15 | | | |
| FLEX SS | | | 69.27 | Life | 7.65 | 114.75 | | | |
| LTDC | | | 3.32 | LTD | 3.58 | 53.70 | | | |
| | | | | MedIns | 123.55 | 1,850.25 | | | |
| | | | | Dental | 18.88 | 283.20 | | | |
| | | | | 401k | 364.96 | 735.57 | | | |
| | | | | HMO | | 115.38 | | | |

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND


Lennar Financial Services, Inc.

| | DEPOSIT ACCOUNT | AMOUNT |
|---|---|---|
| | Acct 1032025345 | 1,646.93 |

DENNIS W LAMBSON
13203 BLISSFIELD RD
ODESSA    FL 33556

Total Deposit:    *******$1,646.93

VOID

**THIS IS NOT A CHECK. "NON-NEGOTIABLE"**
THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW

---

55596                    E-MAILHOME
DENNIS W LAMBSON
13203 BLISSFIELD RD
ODESSA    FL 33556

***************************
*** ACTIVITY REPORT ***
***************************

RECEPTION OK

| | |
|---|---|
| TX/RX NO. | 9811 |
| CONNECTION TEL | 305 229 6405 |
| CONNECTION ID | LENNAR TAX DEPT |
| START TIME | 12/17 17:05 |
| USAGE TIME | 04'46 |
| PAGES | 13 |
| RESULT | OK |